UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

THE UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                      No.3:04-cv-93-J-12MCR

JEAN L. BENSON. etc., et al.,

    Defendants.

---

## O R D E R

This cause is before the Court on the Defendants'/Counter-Plaintiffs' Motion for Attorney Fees and Costs Pursuant to Fla. Stat. §197.602 (Doc.25), and accompanying affidavits (Docs. 26-29), filed May 23, 2005. In its Order Granting Summary Judgment for Plaintiff (Doc.22), the Court reserved jurisdiction to address the Defendants'/Counter-Plaintiffs' claim that they are entitled to an award of attorney fees and costs against the United States pursuant to Fla. Stat. §197.602, which was raised in their motion for summary judgment (Doc. 9). On June 3, 2005, the Plaintiff/Counter-Defendant filed a response in opposition to the motion for attorney fees and costs (Doc.30).

The Court has carefully reviewed the submissions of the parties and the legal authorities cited. For the reasons set forth in the Plaintiff's/Counter-Defendant's response (Doc.30), the Court finds that the authority cited by the Defendants/Counter-Plaintiffs does not support an award of attorney fees and costs against the Plaintiff/Counter-Defendant in this case. Accordingly, it is

**ORDERED AND ADJUDGED**:

1. That Defendants'/Counter-Plaintiffs' Motion for Attorney Fees and Costs Pursuant to Fla. Stat. §197.602 (Doc.25) is denied; and

2. That the Clerk shall enter final judgment for the Plaintiff/Counter-Defendant and against the Defendants/Counter-Plaintiffs on all claims with costs to be assessed according to law in accordance with this Order (Doc. 31) and the Court's Order Granting Summary Judgment for Plaintiff (Doc.22).

**DONE AND ORDERED** this 30TH day of June 2005.

*Howell W. Melton*
Howell W. Melton
Senior United States District Judge

c: Counsel of Record